# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BILLY CHARLES AARON,                     *
ADC #110649                               *
              Plaintiff,         *
                                  *
v.                                        *
                                  *    No. 5:12-cv-00076-SWW-JJV
GRANT HARRIS, Assistant Director,         *
Arkansas Department of Correction; et al.,    *
                                  *
              Defendants.       *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be

taken in good faith.

DATED this 8th day of March, 2012.


                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE